1  MARY H. HAAS (State Bar No. 149770)
     maryhaas@dwt.com
2  ALONZO WICKERS IV (State Bar No. 169454)
     alonzowickers@dwt.com
3  BRENDAN N. CHARNEY (State Bar No. 293378)
     brendancharney@dwt.com
4  ANDREW G. ROW (State Bar No. 319994)
     andrewrow@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Plaintiff
   FULWELL 73 UK LTD

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULWELL 73 UK LTD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SLATE ENTERTAINMENT GROUP INC.,<br><br>　　　　Defendant. | Case No. **2:20-cv-05745-RGK (DFMx)**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**   [76]<br><br>Assigned to the Hon. R. Gary Klausner,<br><br>Action Filed: June 26, 2020 |
| SLATE ENTERTAINMENT GROUP INC.,<br><br>　　　　Counter-Plaintiff,<br><br>　　vs.<br><br>FULWELL 73 UK LTD,<br><br>　　　　Counter-Defendant | |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## ORDER

Pursuant to the joint stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed without prejudice in its entirety, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____January 7_____, 2022.

_/s/ Gary Klausner_
Honorable R. Gary Klausner
United States District Judge.

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of California Central District by using the CM/ECF system on January 6, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

Dated: January 6, 2022

*Frank M. Romero*
Frank M. Romero